**John Henry MILLS, Jr., Appellant, v. UNITED STATES of America, Appellee.**

No. 10950.

United States Court of Appeals
Sixth Circuit.

Feb. 1, 1950.

John Henry Mills, Jr., pro. per. for appellant.

Ray J. O'Donnell, Columbus, Ohio, for appellee.

Before HICKS, Chief Judge, and MARTIN and McALLISTER, Circuit Judges.

PER CURIAM.

It appearing to the Court that no steps have been taken in this case since June 20, 1949;

It is now ordered, upon the Court's own motion, that the appeal herein be and the same is dismissed for want of prosecution, unless an application to re-instate the appeal is made within thirty days from this date.

**PENNSYLVANIA RAILROAD COMPANY, Appellant, v. Oscar ROOT, Appellee.**

No. 11043.

United States Court of Appeals
Sixth Circuit.

Feb. 16, 1950.

Porter, Stanley, Treffinger & Platt and Chas. S. Gillespie, Columbus, Ohio, for appellant.

Carl J. Gugler, Galion, Ohio, and Joseph W. Adkins, Jr., Circleville, Ohio, for appellee.

Before MARTIN, McALLISTER and MILLER, Circuit Judges.

PER CURIAM.

This cause came on to be heard on appeal; and the record, and the oral arguments and briefs in behalf of the parties having been duly considered, from which it appears that there is substantial evidence to support the verdict of the jury upon which judgment was rendered, and no reversible error having been committed in the trial of the case;

The judgment of the District Court is affirmed.

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. DIXIE MANUFACTURING COMPANY, Inc., Respondent.**

No. 10932.

United States Court of Appeals
Sixth Circuit.

Feb. 7, 1950.

Robert N. Denham, Washington, D. C., Paul L. Styles, Atlanta, Ga., for appellant.

A. H. Roberts, Jr., Nashville, Tenn., Carmack Cochran, Nashville, Tenn., for respondent.

Before SIMONS, McALLISTER, and MILLER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of record, the briefs of the parties, and the arguments of counsel in open court, and the court being duly advised,

Now, therefore, it is hereby ordered, adjudged, and decreed that the order of the National Labor Relations Board be enforced.